UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.

ANGEL HERNANDEZ

NO: 3:02cr341 (EBB)

NOVEMBER 4, 2004

FILED
2004 NOV -5 A 9: 51
U.S. DISTRICT COURT
NEW HAVEN, CT

## WAIVER OF SPEEDY TRIAL

The Defendant, Angel Hernandez, actin herein by his attorney, hereby waives his rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. Section 3161(h)(8)(A) and the Local Speedy Trial Plan, and requests that the time period from September 14, 2004 through January 11, 2005, be excluded from the speedy trial calculatio, to permit him to pursue his defense and file any necessary motions and to pursue discovery.

The defendant makes the following statements:

He is represented by, understands and has consulted with his attorney concerning this waiver.

He understans that by signing this waiver he will be giving up all his rights under the Speedy Trial Act and the Local Speedy Trial Plan and agrees to do this.

He fails his request is in Angel Hernandez's best interests and outweighs his interest and the public's interest in a speedy trial, and requests the Court find that period from September 14, 2004 through January 11, 2005 should be excluded.

ANGEL HERNANDEZ

BY _____
ANGEL HERNANDEZ
DEFENDANT

BY _____
JEFFREY OLGIN
74 ROSE HILL ROAD
203-483-1519
BRANFORD, CT 06405
ct00191 Federal Bar

CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing Motion was sent to all parties and counsel of record on NOvember 4, 2004.

Jonathan Biran
Michael McGarry
Office of the U.S. Attorney
P.O. Box 1824
157 Church Street, 23rd Floor
New Haven, CT 06501

John J. Kelly, Esq.
Cantor, Floman, Gross, Kelly & Sacramone, P.C.
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477

Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109

David J. Wenc, Esq.
Wenc Law Offices
P.O. Box 306
44 Main Street
Windsor Locks, CT 06096-0306

Michael S. Hillis, Esq.
Terri Ann Knapsack & Hillis
Dombroski, Knapsack & Hillis LLC
205 Whitney AVenue
New Haven, CT 06511

Thomas G. Dennis
Federal Public Defender
10 Columbus Blvd.
Hartford, CT 06106

Jonathan J. Einhorn
412 Orange Street
New Haven, CT 06511

Salvatore C. DePiano, Esq.
Edward Czepiga, II, ESq.
56 Lyon Terrace
Bridgeport, CT 06604

Ethan A. Levin-Epstein, Esq.
405 Orange Street
New Haven, CT 06510

Carr

JEFFREY OLGIN