FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 NOV -5 A 9:51

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | NO: 3:02cr341(EBB) |
| ANGEL HERNANDEZ | NOVEMBER 4, 2004 |

### ANGEL HERNANDEZ WAIVER OF APPEARANCE AND WRITTEN ENTRY OF PLEA

The undersigned on behalf of Angel Hernandez hereby waives its right to appear and be presented when he is arraigned on the Third Superseding Indictment and wishes to enter a plea of not guilty to any and all charges and counts of said indictment.

The arraignment was set for 2:30 P.M. on Friday, November 5, 2004. The defendant has received a copy of the Third Superseding Indictment and has read such document. He is aware of all the statements in the document and still wishes to plead not guilty to all counts of the Third Superseding Indictment.

ANGEL HERNANDEZ

BY _____
JEFFREY OLGIN
74 ROSE HILL ROAD
BRANFORD, CT 06405
203-483-1549
Federal Bar ct00191

_____
ANGEL HERNANDEZ
DEFENDANT

CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing Motion was sent to all parties and counsel of record on NOvember 4, 2004.

Jonathan Biran
Michael McGarry
Office of the U.S. Attorney
P.O. Box 1824
157 Church Street, 23rd Floor
New Haven, CT 06501

John J. Kelly, Esq.
Cantor, Floman, Gross, Kelly & Sacramone, P.C.
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477

Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109

David J. Wenc, Esq.
Wenc Law Offices
P.O. Box 306
44 Main Street
Windsor Locks, CT 06096-0306

Michael S. Hillis, Esq.
Terri Ann Knapsack & Hillis
Dombroski, Knapsack & Hillis LLC
205 Whitney AVenue
New Haven, CT 06511

Thomas G. Dennis
Federal Public Defender
10 Columbus Blvd.
Hartford, CT 06106

Jonathan J. Einhorn
412 Orange Street
New Haven, CT 06511

Salvatore C. DePiano, Esq.
Edward Czepiga, II, ESq.
56 Lyon Terrace
Bridgeport, CT 06604

Ethan A. Levin-Epstein, Esq.
405 Orange Street
New Haven, CT 06510

Carr

JEFFREY OLGIN