FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 MAR 28  P 1: 23

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:02CR341(EBB)

ANGEL HERNANDEZ

## WAIVER OF SPEEDY TRIAL

The defendant, Angel Hernandez, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. Sec. 1361(h)(8)(A). In support of this waiver the defendant states:

1. He is represented by and consulted with his attorney, Jeffrey Olgin, concerning this waiver.

211. He understands that by signing this waiver, he will be giving up those rights accorded him by the Speedy Trial Act; and

2. He requests the Court find the continuance to be in the best interest of the defendant, and that the ends of justice outweigh his interest and the public's interest in a Speedy Trial. He also requests that the Court exclude the period of delay between January 11, 2005 and April 12, 2005.

_____
ANGEL HERNANDEZ

3/25/05
DATE

_____
JEFFREY OLGIN, ESQ.
HIS ATTORNEY
FED. BAR NO. ct 00191
74 ROSE HILL ROAD
BraNFORD, CT 06405
203-483-1549

3/25/05
DATE

## CERTIFICATION

I hereby certify a copy of the foregoing Waiver of Speedy Trial has been sent to Jonathan Biran, Asst. United States Attorney, P.O. BOX 1824, New Haven, CT 06508 and all counsel of record below, on this 26th day of March, 2005.

Edmund Q. Collier, Esq.
Dey, Smith & Collier
771 Boston Post Road
Milford, CT 06460

Edward F. Czepiga II, Esq.
Salvatore C. Depiano, PC
56 Lyon Terrace

John Kelly, Esq.
Cantor, Floman, Gross, Kelly
Amendola & Sacramone
378 Boston Post Road
P.O. DRAWER 966
Orange, CT 06477

Alan J. Sobol, Esq.
O'Connell, Flaherty, & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

Richard Cramer, Esq.
449 Silas Deane Hwy.
Wethersfield, CT 06109

Thomas J. DEnnis, Esq.
Federal Defender
10 Columbus Blvd. Fl 6
Hartford, CT 06106

Gerald S. Collins, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

Jonathan J. Einhorn
412 Orange Street
New Haven, CT 06511

Ethan A. Levin-Epstein
Garrison, Levin-Epstein, C
Chimes & Richardson
405 Orange Street
New Haven, CT 06511

David J. Wenc, Esq.
Waterside Office Park
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096

Michael Hillis, Esquire
Dombroski, Knapsack & Hillis
205 Whitney Avenue
New Haven, CT 06511

_____
JEFFREY OLGIN
Fed. Bar No. ct00191
74 ROSE HILL ROAD
BRANFORD, CT 06405
203-483-1549