UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| ANGEL HERNANDEZ, | : | CRIMINAL NUMBER: 3:02CR341 (EBB) |
| DAVID BROWN, | : | |
| RICHARD BROWN,  and | : | April 6, 2005 |
| NELSON DATIL, | : | |
| | : | |
| Defendants. | : | |

### GOVERNMENT'S MOTION TO DISMISS COUNT 22

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by

the undersigned Assistant United States Attorneys, respectfully moves the Court for an Order

dismissing Count 22 of the Third Superseding Indictment as to all named remaining defendants

(Angel Hernandez and Nelson Datil).  Counsel for defendant Nelson Datil has stated that his

client does not object to this motion.  The Government has not been able to ascertain the position

of defendant Angel Hernandez with respect to this motion.

Respectfully  submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____

JONATHAN BIRAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct21922
MICHAEL S. McGARRY
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct25713
U.S. ATTORNEY'S OFFICE
157 Church Street, 23rd Floor
New Haven, CT 06510
tel. (203) 821-3700

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by fax and U.S. mail, postage prepaid, this 6th day of April, 2005, to the following counsel of record:

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109
(counsel for David Brown)

Jeffrey Olgin, Esq.
74 Rose Hill Rd.
Branford, CT 06405
(counsel for Angel Hernandez)

Michael S. Hillis, Esq.
129 Whitney Avenue
New Haven, CT 06511
(counsel for Richard Brown)

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511
(counsel for Nelson Datil)


_____
JONATHAN BIRAN
ASSISTANT U.S. ATTORNEY