42

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

3:02CR341 (DJS)

UNITED STATES OF AMERICA

v.

SHORELINE MOTORS CORPORATION,

ANGEL HERNANDEZ, BRUCE VETRE,

JAMES CLANTON, DAVID BROWN,

JOSE CONCEPCION, RICHARD BROWN,

AND NELSON DATIL

RULE 16 OF THE RULES OF CRIMINAL PROCEDURE

Pursuant to the provisions of Rule 16 of the Rules of Criminal Procedure, the defendant Angel Hernandez, through his attorney, Jeffrey Olgin, requests the following information:

(a) 1 (A) The defendant Angel Hernandez requests the United States Attorney's Office to disclose to him and make available for any inspection, copying or photographing: any relevant written or recorded statements made by defendant Angel Hernandez, or copies thereof within the possession, custody, or control of the government, the existence of which is known or should be known to the attorney for the government. that portion of any written record containing the substance of any relevant oral statement made by the defendant whether before or after arrest in response to any interrogation by any person then knowm to be a government agent: and recorded testimony of the defendant before a grand jury which relates to the offense charged. Please also disclose to me the substance of any other relevant oral statement made by the defendant whether before or after arrest in response to interrogation by any person then known by the defendant to be a