FILED

2005 APR -8  P 2:43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                          NO: 3:02CR341 (EBB)

ANGEL HERNANDEZ                             APRIL 7, 2005

## DEFENDANT'S WITNESS LIST

1. Emmanuel Fillindarkis
   8 Patterson Place
   Old Saybrook, CT 06475

2. Anthony Hernandez
   5 Fox Run
   Easton, CT

3. Thomas R. Murcer
   212 Huntington Street
   Shelton, CT 06484

4. John Phelps Clark
   116 Montowese Street
   Branford, CT 06405

                          DEFENDANT ANGEL HERNANDEZ

                          BY_____
                              JEFFREY OLGIN, ESQ.
                              HIS ATTORNEY
                              Federal Bar No. ct00191
                              74 ROSE HILL ROAD
                              BRANFORD, CT 06405
                              203-483-1549

BY FAX AND U.S. MAIL

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 7th day of April, 2005 to the following attorneys of record:

Jonathan Biran
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Michael S. Hillis, Esq.
129 Whitney Avenue
New Haven, CT 06511

Jonathan Einhorn
412 Orange Street
New Haven, CT 06511

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

_____
JEFFREY OLGIN, ESQ.