UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR341 (EBB) |
| | : | |
| v. | : | April 12, 2005 |
| | : | |
| ANGEL HERNANDEZ, et al. | : | |

**MOTION TO CONSIDER POTENTIAL CONFLICT OF INTEREST**

The Government hereby moves for consideration of a potential conflict of interest involving Attorney Jeffrey Olgin, counsel for defendant Angel Hernandez. On April 11, 2005, at approximately 7:00 p.m., the Government learned that Bruce Vetre, a defendant in this case and now a cooperating witness, previously was represented by Attorney Olgin in an unrelated civil matter. The Government believes that a hearing following the procedures set forth in United States v. Curcio, 680 F.2d 881, 885 (2d Cir. 1982), is in order to determine whether a conflict of interest exists; whether such a conflict, if it exists, can be waived; and if it can be waived, to inquire whether the relevant parties wish to waive such a conflict. A supporting memorandum is attached.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JONATHAN BIRAN
ASSISTANT U.S. ATTORNEY
Federal Bar Number ct21922
MICHAEL S. McGARRY
ASSISTANT U.S. ATTORNEY
Federal Bar Number ct25713
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served this 12th day of April, 2005, on the following counsel of record:

Jeffrey Olgin, Esq. (by hand)
74 Rose Hill Rd.
Branford, CT 06405
(counsel for Angel Hernandez)

Richard S. Cramer (by hand)
449 Silas Deane Highway
Wethersfield, CT 06109
(counsel for David Brown)

Michael S. Hillis, Esq. (by hand)
Dombroski Knapsack & Hillis LLC
129 Whitney Avenue
New Haven, CT 06511
(counsel for Richard Brown)

Jonathan J. Einhorn, Esq. (by hand)
412 Orange Street
New Haven, CT 06511
(counsel for Nelson Datil)

Alan J. Sobol, Esq. (by fax)
O'Connell, Flaherty & Attmore, L.L.C.
280 Trumbull Street
Hartford, CT 06103-3598
(counsel for Bruce Vetre)

_____
JONATHAN BIRAN
ASSISTANT U.S. ATTORNEY