UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                          CRIM NO. 3:02CR341(EBB)

ANGEL HERNANDEZ                             APRIL 8, 2005

### DEFENDANT ANGEL HERNANDEZ' SUBMISSION OF VOIR DIRE QUESTIONS

The defendant, Angel Hernandez, respectfully requests the Court to include the following questions in those asked of the jury panel at voir dire.

1. Has any member of the panel ever been a member of a law enforcement agency or has any one in their immediate family been a member of a law enforcement agency?

2. Does any member of the panel served in the police department, fire department, city inspection bureau, collection agency, or any state or Federal State's Attorney Office?

3. Has any member of the panel had a particularly unpleasant experience with the police department of any city or a State Trooper?

4. Would any member of the panel give greater weight to a law enforcement officer than an average citizen?

5. Would every witness in the trial have their testimony treated equally, or would greater weight be given to any member or witness in the trial?

6. Has any member of the panel been victim of a crime?  If so, would they not want to serve on the jury as a result of this crime?

7. Has any member or friend or close family of the panel been a victim of a serious crime?  If so, would it effect you as a juror?

8. Has any member of the panel ever been a juror?  If so, civil or

criminal? Would that effect you as a juror?

9. Do you believe you can follow the judge's charge as to the law and not substitute your own opinion if you disagree with the judge?

10. If someone is charged with a crime, does that mean that he or she actually committed the crime?

11. Does any member of the panel not believe in the presumption of innocense or the proof of guilt beyond a reasonable doubt?

12. Would you hold it against my client if he did not testify at his trial in his defense?

13. Does any member of the panel feel that the prosecutor or the Government be given a little leeway in having a greater burden of proof than the defendant?

14. Do you believe a grand jury indictment makes the defendant automatically guilty of the crime?

15. Do you have any prejudice or bias against any person because of race, religion, skin color or background?

16. If the answer to 15 is yes, could you still sit on a jury and return a fair verdict?

17. Would you listen to the views of the other members of the jury if you were in the minority? Also if you were in the majority?

17. Does a charge of conspiracy to committ wire fraud effect you in any way, either positive or negative?

18. Have you heard anything on radio or seen anything on television or in the newspapers about this case?

19. Do you have any bias against Mitsubishi, either as a car owner, dealer, salesman or executive working for a Mitsubishi dealership?

20. Have you ever been a car salesman for a new or used car dealer? Has any member of your family been so employed?

21. Do you have accounting, credit card training, or any financial training out of the ordinary that might effect this trial?

22. Is there any reason you would rather not serve as a juror in this case?

23. Do you have any thoughts about whether a defendant should testify in his own behalf?

24. Do you understand that being indicted is not the same as being convicted?  Do you understand that evidence is to be explained to you by the Judge and may not be what you think it is?

25. Do you understand that the jury determines the truth and weight of the facts and the judge the law?

26. Do you understand Spanish?  Do you think that people who speak all Spanish and little or no English are the same as anyone else?

27. Do you feel when a person signs a contract they should honor that contract?

28. If someone says that they signed a contract but did not know or understand what they were signing, would you make that person prove his statement why he didn't understand?

Respectfully submitted<br>
ANGEL HERNANDEZ, DEFENDANT<br>
BY _____<br>
JEFFREY OLGIN<br>
HIS ATTORNEY<br>
Fed. Bar No. ct00191<br>
74 ROSE HILL ROAD<br>
BRANFORD, CT 06405<br>
203-483-1549

CERTIFICATION

I hereby certify a copy of the foregoing were sent to the following counsel of record on April 8, 2005:

Jonathan Biran
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Michael S. Hillis, Esq.
129 Whitney Avenue
New Haven, CT 06511

Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109

Jonathan Einhotn, Esq.
412 Orange Street
New Haven, CT 06511

_____
JEFFREY OLGIN