# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | |
| v. | **APPEARANCE** |
| SHORELINE MOTORS, et al.<br>ANGEL HERNANDEZ<br>    Defendants. | CASE NUMBER:  3:05-CV-0030 (EBB) |

    To the Clerk of this Court and all parties of record: Please enter my appearance as counsel in this case for ANGEL HERNANDEZ.

                                                    Kurt F. Zimmermann (ct00581)
                                                    Silverstein & Osach, P.C.
                                                    234 Church Street, Suite 903
                                                    New Haven, CT 06510
                                                    Tel: (203) 865-0121
                                                    Fax:(203)865-0255
                                                    Email: kzimmermann@so-law.com

I hereby certify that a copy of the foregoing Notice of Appearance was mailed to counsel of record as listed below, on April 15, 2005.

Jonathan Biran
Michael S. McGarry
U.S. Attorney's Office
157 Church Street, 23rd Fl.
P.O. Box 1824
New Haven, CT 06510

Thomas P. Belsky
Federal Public Defender's Office
2 Whitney Ave., Suite 300
New Haven, CT 06510

Edmund Q. Collier
Dey, Smith, & Collier
771 Boston Post Road
Milford, CT 06460

Richard S. Cramer
449 Silas Deane Hwy.
Wethersfield, CT 06109

Edward F. Czepiga, II
DePiano Gentile Czepiga & Soares
56 Lion Terrace
Bridgeport, CT 06604-4076

Jonathan J. Einhorn
412 Orange Street
New Haven, CT 06511

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Ave.
New Haven, CT 06510

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly
Amendola & Sacramone
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477

Ethan A. Levin-Epstein
Garrison Levin-Epstein
Chimes & Richardson
405 Orange Street
New Haven, CT 06511

Alan J. Sobol
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

David J. Wenc
Wenc Law Offices
Waterside Office Park
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096

Kurt F. Zimmermann