UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :
:
v. :
:
SHORELINE MOTORS, et al. : CASE NUMBER: 3:05-CV-0030 (EBB)
ANGEL HERNANDEZ :
: May 20, 2005

REQUEST FOR LEAVE TO WAIVE APPEARANCE AT ARRAIGNMENT

Angel Hernandez, through undersigned counsel, asks that the Court accept his waiver of appearance for the arraignment scheduled for May 26, 2005 at 2:00 p.m. regarding the Fourth Superceding Indictment. Rule 10(b), Federal Rules of Criminal Procedure.

This is to affirm that Angel Hernandez has received a copy of the indictment and that his plea is "not guilty" to all counts in which he is charged.

_____  May 20, 2005
Angel Hernandez

_____  May 20, 2005
Kurt F. Zimmermann

Respectfully Submitted,

_____
Kurt Zimmermann
CT00581
Silverstein & Osach, P.C.
234 Church Street, Suite 903
New Haven, CT  06510
email: kzimmermann@so-law.co
(203) 865-0121 TEL.
(203) 865 0255 FAX

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Request for Leave to Waiver Appearance at Arraignment has today been mailed or hand-delivered to:

Jonathan Biran
Michael McGarry
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Jonathan J. Einhorn
412 Orange Street
New Haven, CT 06511

Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kurt F. Zimmermann