IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                          :
  UNITED STATES OF AMERICA                :    3:02 CR 341 (EBB)
                                          :
  v.                                      :
                                          :
  ANGEL HERNANDEZ, DAVID BROWN,           :    DATE: MAY 26, 2005
  RICHARD BROWN & NELSON DATIL            :
-------------------------------------------------------x
```

ORDER

In accordance with Rule 4 of the Local Rules of Criminal Procedure, all discovery shall proceed in accordance with the Standing Order for Discovery.

Any substantive motions, such as motions to dismiss or motions to suppress, together with memoranda in support, shall be filed on or before **June 13, 2005**. The Government shall file its memoranda in opposition to defendant's motion(s) on or before **June 27, 2005**. If oral argument or evidentiary hearings are necessary, they shall be requested in writing, on or before **June 30, 2005**.

Jury selection is tentatively scheduled for **August 10, 2005, at 10:00 a.m.**, subject to the time between arraignment and trial being extended while the Court has motions under consideration or otherwise as the Court may order.

Dated at New Haven, Connecticut, this 26th day of May, 2005.

SO ORDERED.

_____/s/_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE