UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:02CR341 (EBB) |
| | : | |
| ANGEL HERNANDEZ, | : | June 27, 2005 |
| DAVID BROWN, | : | |
| RICHARD BROWN, and | : | |
| NELSON DATIL, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION FOR STATUS CONFERENCE**

The Government, by the undersigned Assistant United States Attorneys, respectfully submits this request for a status conference to be held either in person or via telephone on July 6, 2005, or as soon thereafter as all counsel can be assembled, in the above-captioned case. This case is currently set for jury selection on August 10, 2005. The purpose of this conference would be for counsel for all parties to confirm their availability for the presently scheduled jury selection date and to determine the date for the start of the evidence. In support of this motion, the Government represents the following:

1. That on May 18, 2005, a federal grand jury returned a 22-count Fourth Superseding Indictment in the above-captioned case. The Indictment charges four individuals with conspiracy to commit mail and wire fraud, in violation of 18 U.S.C. § 371, mail fraud in violation of 18 U.S.C. §§ 1341, 2(a), and 2(b), and various counts of wire fraud, in violation of 18 U.S.C. §§ 1343, 2(a), and 2(b). The Indictment, which charges conspiracy along with substantive mail and wire fraud counts, alleges criminal conduct that is substantially the same as the prior indictments

in that the mail fraud counts relate to several transactions that were already included in the previous indictments as wire fraud counts.

    2. That on April 13, 2005, the day after jury selection was originally set to begin, the Court ordered the trial be continued with jury selection to begin on August 10, 2005, due to an unwaivable conflict of interest involving one of the defendants and his counsel. That conflict had only just become evident to the parties and the Court.

    3. That the Government anticipates calling numerous witnesses during its case-in-chief and expects that the trial will likely last for approximately three weeks. These witnesses, some of whom are out of state, need to begin making travel arrangements.

    Accordingly, to ensure the most efficient and effective use of the Court's time and judicial resources, as well as juror and potential jurors' time, and to avoid inconveniencing the witnesses, the Government seeks a status conference, either in person or via telephone, to confirm the schedule. The Government has contacted defense counsel, and they have not expressed any objection to scheduling the status conference on July 6, 2005, or as soon thereafter as all counsel can be assembled.

    As such, the Government moves the Court for an Order scheduling a status conference.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/

JONATHAN BIRAN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NUMBER ct21922
MICHAEL S. McGARRY
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NUMBER ct25713

157 CHURCH STREET, 23rd FLOOR
NEW HAVEN, CT 06510
(203) 821-3700

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was sent by facsimile transmission, this 27th day of June, 2005, to the following counsel of record:

| | |
|---|---|
| (860) 257-3498 (fax) | (203) 865-0255 (fax) |
| Richard S. Cramer | Kurt F. Zimmerman, Esq. |
| 449 Silas Deane Highway | Silverstein & Osach |
| Wethersfield, CT 06109 | 234 Church Street, Suite 903 |
| (counsel for David Brown) | New Haven, CT 06510 |
| | (counsel for Angel Hernandez) |
| | |
| (203) 624-1308 (fax) | (203) 782-1721 (fax) |
| Michael S. Hillis, Esq. | Jonathan J. Einhorn, Esq. |
| Dombroski Knapsack & Hillis LLC | 412 Orange Street |
| 205 Whitney Avenue | New Haven, CT 06511 |
| New Haven, CT 06511 | (counsel for Nelson Datil) |
| (counsel for Richard Brown) | |

_____
MICHAEL S. McGARRY
ASSISTANT U.S. ATTORNEY