UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 JUL 11 A 9: 43

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NUMBER: 3:02CR341 (EBB) |
| v. | : | |
| | : | |
| ANGEL HERNANDEZ, | : | July 11, 2005 |
| DAVID BROWN, | : | |
| RICHARD BROWN, and | : | |
| NELSON DATIL, | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S MOTION TO UNSEAL TRANSCRIPT OF *IN CAMERA* PROCEEDING

Comes now the United States of America by and through its attorneys, Jonathan Biran and Michael S. McGarry, Assistant United States Attorneys, and respectfully requests that the transcript of the Court's colloquy with Bruce Vetre and his counsel in the above-captioned matter, that was held in camera on April 12, 2005, be unsealed and provided to all parties. The Government makes this motion in response to a discovery request by counsel for defendant David Brown that the transcript of the in camera discussion be produced.

### I. BACKGROUND

On May 18, 2005, a fourth superseding indictment was returned by a Grand Jury sitting in New Haven charging defendants Angel Hernandez, David Brown, Richard Brown, and Nelson Datil with conspiracy and numerous substantive counts of mail fraud and wire fraud. Jury selection is currently scheduled for August 9, 2005, with the presentation of evidence to begin on August 10.

**ORAL ARGUMENT NOT REQUESTED.**