UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:02CR341(EBB) |
| ANGEL HERNANDEZ, ET AL. | : July 28, 2005 |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Jonathan Biran, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. That ROBERT CIMINO will be a witness in the upcoming trial of Angel Hernandez, which is scheduled to begin on August 9, 2005, in New Haven, Connecticut, before the Honorable Ellen Bree Burns.

2. That during the course of the trial, the testimony of ROBERT CIMINO is important, essential and material to this trial.

3. That the said ROBERT CIMINO should be presented at the offices of the United States Marshals Service in New Haven, Connecticut, on August 5, 2005, at 10:00 a.m., so that he may prepare for testimony at said trial, or from time to time thereafter as the Court may direct.

4. That the said ROBERT CIMINO is now confined at the Corrigan-Radgowski Correctional Center.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Testificandum to the Warden, Corrigan-Radgowski Correctional Center, the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering

them to produce the said ROBERT CIMINO at the United States Courthouse, 141 Church Street, New Haven, Connecticut, or from time to time thereafter as the Court may direct, under proper, safe and secure conduct, and testify at said trial.

        UNITED STATES OF AMERICA

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        /s/
        JONATHAN BIRAN
        Federal Bar No. ct21922
        ASSISTANT UNITED STATES ATTORNEY
        157 Church Street, 23rd Floor
        New Haven, CT 06510
        (203) 821-3700
        Email: jonathan.biran@usdoj.gov

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | : ss. New Haven, July 28, 2005 |
| COUNTY OF NEW HAVEN | : |

    Personally appeared before me Jonathan Biran, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

                                                                   ____/s/_____
                                                                    AMY B. KONARSKI
                                                                    NOTARY PUBLIC
                                                                    My Commission Expires on May 31, 2008