Case No. 3:02CR341(EBB)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, CORRIGAN-RADGOWSKI CORRECTIONAL CENTER, 986 NORWICH-NEW LONDON TURNPIKE, UNCASVILLE, CONNECTICUT 06382

THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **ROBERT CIMINO** (Inmate# 97405, DOB: 11/9/1962),  now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **ROBERT CIMINO** before the United States District Court, District of Connecticut, at the United States Courthouse, 141 Church Street, New Haven, Connecticut, on Friday, August 5, 2005 at 10:00 a.m., or from time to time thereafter as the case may be adjourned to, in connection with the criminal case of United States v. Angel Hernandez, et al, Criminal No. 3:02CR341 (EBB), and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said **ROBERT CIMINO** to the Corrigan-Radgowski Correctional Center, under safe and secure conduct.

|  |  |
|---|---|
| | KEVIN F. ROWE |
| The foregoing Writ is | CLERK, U. S. DISTRICT COURT |
| hereby allowed.  Dated | |
| at New Haven, | |
| Connecticut, this 28th | ____/s/_____ |
| day of July 2005. | DEPUTY CLERK |


_____/s/_____
HON. JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE