UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NUMBER: 3:02CR341 (EBB) |
| | : | |
| v. | : | August 5, 2005 |
| | : | |
| ANGEL HERNANDEZ ET AL. | : | |

**UNITED STATES' SECOND AMENDED WITNESS LIST**

The United States, through the undersigned Assistant United States Attorneys, hereby submits the Government's anticipated witness list for its case-in-chief in the above-captioned case. The only changes that have been made on this list is that we have added Doreen Alfano, who worked as Shoreline Mitsubishi's office manager, who will be called to authenticate certain records of Shoreline Motors Corporation if stipulations are not reached with the defendants concerning such records.

1.    Special Agent Alicia Wojtkonski
      Federal Bureau of Investigation
      530 Preston Avenue, Building #1
      Meriden, CT

2.    Kevin Potter
      68 Dorset Lane
      Madison, CT

3.    Jeffrey Lucas
      334 Exchange Street, Apt. 3
      New Haven, CT 06513

4.    Julia Davila
      105 Farren Avenue
      New Haven, CT

5.      Pamela Bozzuto
        690 Plainville Avenue
        Farmington, CT

6.      Marie Aurigemma (formerly Marie Bozzuto)
        53 Colony Street
        Bristol, CT 06010

7.      Royce Sullivan
        4338 Spring Oak Drive
        San Antonio, TX 78219

8.      Rosa Santana
        135 Columbus Circle
        #B1
        East Hartford, CT

9.      Maria Agosto
        50 Adams Street
        East Hartford, CT

10.     Israel Truth South
        162 Rangely Street
        West Haven, CT

11.     Tania Mollison
        16 Knox Street
        West Haven, CT

12.     Bienvenido Montalvo
        85 Heath Street
        Hartford, CT

13.     Carmen Montalvo
        85 Heath Street
        Hartford, CT

14.     Tara Iuteri
        24 Perrotti Lane
        Palm Coast, FL 32164

15.    Susan Esposito
        75 Redwood
        East Haven, CT

16.    Paul DiMauro
        9 S. Dale St.
        East Haven, CT 06513

17.    Nicole Messina
        9 S. Dale St.
        East Haven, CT 06513

18.    Genevieve DiMauro
        9 S. Dale St.
        East Haven, CT 06513

19.    Albert Richard
        17 Betts Place
        East Norwalk, CT 06855

20.    Angela Richard
        17 Betts Place
        East Norwalk, CT 06855

21.    Theresa Nayagam
        6 Lenore Drive
        Norwalk, CT

22.    Orlando Molina
        131 Taft Avenue Apt. 2
        West Haven, CT

23.    Michelle Perry
        306 Pine Rock Ave. D14
        Hamden, CT

24.    Kelly Matthews
        234 Monticello Avenue
        Branford, CT 06405

25.    Michael Mauriello
        234 Monticello Avenue
        Branford, CT 06405

26.     Gary Vaught
        18 Lucerne Drive
        Willington, CT 06279

27.     Elizabeth Rivera
        94 Belden Street
        New Britain, CT 06051

28.     Gwendolyn Morgan
        430 Barbour Street
        Hartford, CT 06120

29.     Lisa Browdy
        22 Livingston Road
        East Hartford, CT  06108

30.     Michael Vaught
        713 Trailwood Drive
        Altamonte Springs, FL 32714

31.     Frances Diggs (formerly Frances Vaught)
        75 Seneca Road
        New Haven, CT 06515

32.     Danielle Fowler
        39 Hollywood Ave.
        West Hartford, CT

33.     Ana Burgos
        39 Hollywood Ave.
        West Hartford, CT

34.     Juanita Binns
        19 Boxwood Court, #4
        Waterbury, CT 06705

35.     Jose Espinosa
        c/o David R. Kritzman, Esq.
        Beck and Eldergill, P.C.
        447 Center Street
        Manchester, CT 06040

4

36.     Jose Concepcion
        c/o John J. Kelly, Esq.
        Cantor, Floman, Gross, Kelly & Sacramone, P.C.
        378 Boston Post Road
        Orange, CT 06477

37.     Richard Dominguez
        c/o Salvatore DePiano, Esq.
        Edward F. Czepiga II, Esq.
        56 Lyon Terrace
        Bridgeport, CT 06604

38.     Dariel Perez Torres
        c/o Ethan Levin-Epstein, Esq.
        Garrison, Levin-Epstein, Chimes & Richardson, P.C.
        405 Orange Street
        New Haven, CT 06511

39.     Victor Serrano
        2 Fenwick Place
        Norwalk, CT 06855

40.     James Clanton
        c/o David J. Wenc, Esq.
        Wenc Law Offices
        44 Main Street, P.O. Box 306
        Windsor Locks, CT  06096-0306

41.     Bruce Vetre
        c/o Alan J. Sobol, Esq.
        O'Connell, Flaherty & Attmore, L.L.C.
        280 Trumbull Street
        Hartford, CT 06103-3598

42.     Paul Fritz
        c/o William F. Dow III
        Jacob, Grudberg, Belt and Dow
        350 Orange Street
        P.O. Box 606
        New Haven, CT 06503

43.     Louis Pierro
        c/o Harold F. McGuire, Jr., Esq.
        Entwistle and Cappucci LLP
        299 Park Avenue, 14th Floor
        New York, NY 10171

44.     Verna Zichichi
        c/o Lawrence J. Greenberg, Esq.
        Bernblum & Greenberg
        142 Temple Street
        New Haven, CT 06510

45.     Steven Van Overen
        c/o Suzanne Hall, Esq.
        Mitsubishi Motors Credit of America, Inc.
        6363 Katella Avenue
        Cypress, CA 90630

46.     Greg Stiff
        c/o Suzanne Hall, Esq.
        Mitsubishi Motors Credit of America, Inc.
        6363 Katella Avenue
        Cypress, CA 90630

47.     Sonia Aponte
        43 Maltby Place
        1st Floor
        New Haven, CT  06513

48.     Rafael Bonilla
        1143 Quinnipiac Avenue
        New Haven, CT

49.     Kai Armstrong
        269 McGrath Court
        Stratford, CT 06615

50.     Barbara Armstrong
        125 Woodlawn Ave.
        Bridgeport, CT

51.    Victor Berrios
       250 Peat Meadow Road
       New Haven, CT  06513

52.    Blanca Berrios
       250 Peat Meadow Road
       New Haven, CT  06513

53.    Bruce Biron
       791 West Main Street
       Meriden, CT  06451

54.    Lisa Biron
       1001 Old Colony Road
       Meriden, CT 06451

55.    Robert Cimino
       Corrigan-Radgowski Correctional Center
       986 Norwich-New London Turnpike
       Uncasville, CT 06382

56.    Jessica Torres
       197 Clinton Avenue
       New Haven, CT  06513

57.    Melissa Cardoso
       183 Blatchley Avenue
       New Haven, CT

58.    Jose Santiago
       813 Campbell Avenue
       West Haven, CT 06516

59.    Melissa Bailey
       73 Pine Street
       Manchester, CT

60.    Maria Ramos
       170 Sisson Ave.
       Hartford, CT

61.    Willard Hyman
       256 Sherman Ave.
       New Haven, CT

62.    Andrea Williams
       256 Sherman Ave.
       New Haven, CT

63.    Wesley Witcher
       16611 Galt Court
       Woodbridge, VA 22191

64.    Shirley Witcher
       257 Lombard Street
       New Haven, CT

65.    Ashuin Patel
       905 Mix Ave.
       Apt. T5
       Hamden, CT

66.    Sangita Patel
       905 Mix Ave.
       Apt. T5
       Hamden, CT

67.    Richard Harrell
       57 Wade Ave.
       Bloomfield, CT

68.    Mary Jane Best
       60 George Street
       East Haven, CT

69.    Lisa Eng
       248 Green Farms Road
       Branford, CT

70.    A representative of Crescent Bank and Trust
       1450 Poydras Street
       Suite 1800
       New Orleans, LA 70112

71.    Postal Inspector Thomas Ardito
       U.S. Postal Inspection Service
       Wallingford, CT

72.    Doreen Alfano
       35 Noble Avenue
       Milford, CT 06460

It is difficult to anticipate if there will be the need for rebuttal witnesses until the

defendants present their cases, if any.  The Government reserves the right to call as rebuttal

witnesses other individuals who are not named on this list, if their testimony is relevant to rebut

the defendants' cases.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
JONATHAN BIRAN
ASSISTANT U.S. ATTORNEY
Federal Bar No.  ct21922
Email: jonathan.biran@usdoj.gov

/s/
MICHAEL S. McGARRY
ASSISTANT U. S. ATTORNEY
Federal Bar No. ct25713
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510
(202) 821-3700
Email: michael.mcgarry@usdoj.gov

9

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by facsimile and U.S. Mail, postage prepaid, this 5th day of August, 2005, to the following counsel of record:


Kurt F. Zimmermann, Esq.                    Michael S. Hillis, Esq.
Silverstein and Osach, P.C.                 Dombroski Knapsack & Hillis LLC
234 Church Street, Suite 903                129 Whitney Avenue
New Haven, CT 06510                         New Haven, CT 06511
(counsel for Angel Hernandez)               (counsel for Richard Brown)


Richard S. Cramer                           Jonathan J. Einhorn, Esq.
449 Silas Deane Highway                     412 Orange Street
Wethersfield, CT 06109                      New Haven, CT 06511
(counsel for David Brown)                   (counsel for Nelson Datil)




        _/s/_____
        JONATHAN BIRAN
        ASSISTANT U.S. ATTORNEY

10