UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER: 3:02CR341 (EBB) |
| v. | |
| ANGEL HERNANDEZ, DAVID BROWN, RICHARD BROWN, and NELSON DATIL, | August 26, 2005 |
| Defendants. | |

**GOVERNMENT'S MOTION IN LIMINE
TO PRECLUDE EXTRINSIC EVIDENCE ON A COLLATERAL MATTER**

The Government, by the undersigned Assistant United States Attorneys, respectfully moves the Court for an order precluding defendant David Brown from introducing extrinsic evidence to impeach Bruce Vetre on a collateral matter.

Rule 608(b) of the Federal Rules of Evidences states that "[s]pecific instances of the conduct of a witness, for the purpose of attacking or supporting the witness' character for truthfulness ... may not be proved by extrinsic evidence."

Counsel for David Brown has indicated that he intends to call James Jarmon, a former Shoreline Mitsubishi salesperson, to inquire about a conversation Jarmon allegedly had with Vetre concerning the Lexus SUV that Vetre leased from a dealership in Queens, New York, while he was not working at Shoreline Mitsubishi. The subject of the Lexus lease came up during Vetre's testimony to impeach his credibility because Vetre had submitted a false credit application to the bank in order to obtain that lease. In his cross-examination of Vetre, counsel for David Brown asked Vetre if he had sought to have the Lexus disposed of at a "chop shop." Vetre denied attempting to do so. Apparently, James Jarmon would testify that Vetre asked him

if he could help him find a chop shop to which to send the Lexus. Such testimony, however, would constitute extrinsic evidence offered to attack Vetre's credibility and is therefore inadmissible under Rule 608(b). Whether or not Vetre sought to dispose of the Lexus illegally has nothing to do with his submission of a false credit application to obtain the Lexus in the first place. The Court should preclude any evidence relating to a discussion between Vetre and Jarmon about disposing of the Lexus.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
JONATHAN BIRAN
ASSISTANT U.S. ATTORNEY
Federal Bar Number ct21922

/s/
MICHAEL S. McGARRY
ASSISTANT U.S. ATTORNEY
Federal Bar Number ct25713
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700

CERTIFICATE OF SERVICE
───────────────────────

      This is to certify that a copy of the foregoing was served this 26th day of August, 2005, by hand delivery on the following counsel of record:

Kurt F. Zimmermann, Esq.
Silverstein and Osach, P.C.
234 Church Street, Suite 903
New Haven, CT 06510
(counsel for Angel Hernandez)

Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
(counsel for David Brown)

Michael S. Hillis, Esq.
Dombroski Knapsack & Hillis LLC
129 Whitney Avenue
New Haven, CT 06511
(counsel for Richard Brown)

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511
(counsel for Nelson Datil)

                                              __/s/_____
                                              JONATHAN BIRAN
                                              ASSISTANT U.S. ATTORNEY