UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

----------------------------------X
UNITED STATES OF AMERICA          :
                                  :   CRIMINAL NUMBER:
            v.                    :   3:02CR341 (EBB)
                                  :
ANGEL HERNANDEZ, DAVID BROWN      :
RICHARD BROWN, and NELSON         :
DATIL,                            :
            Defendants.           :
                                  :
----------------------------------X

**VERDICT FORM AS TO DEFENDANT ANGEL HERNANDEZ**

**COUNT 1:  CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD**

As to Count One (1), charging Angel Hernandez with conspiracy to commit mail fraud and wire fraud, we find the defendant (check one):

    ✓  GUILTY              ___  NOT GUILTY

    If you found the Angel Hernandez guilty, then answer the following questions:

        Do all twelve of you agree that Angel Hernandez conspired to commit the offense of mail fraud?

        ✓  Yes               ___  No

        Do all twelve of you agree that Angel Hernandez conspired to commit the offense of wire fraud?

        ✓  Yes               ___  No


**COUNT 2:  MAIL FRAUD**

As to Count Two (2), charging Angel Hernandez with mail fraud, we find the defendant (check one):

    ✓  GUILTY              ___  NOT GUILTY

1

**COUNT 3:  WIRE FRAUD**

As to Count Three (3), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

   ✓    GUILTY             \_\_\_\_\_ NOT GUILTY

**COUNT 4:  WIRE FRAUD**

As to Count Four (4), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

   ✓    GUILTY             \_\_\_\_\_ NOT GUILTY

**COUNT 5:  WIRE FRAUD**

As to Count Five (5), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

   ✓    GUILTY             \_\_\_\_\_ NOT GUILTY

**COUNT 6:  WIRE FRAUD**

As to Count Six (6), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

   ✓    GUILTY             \_\_\_\_\_ NOT GUILTY

**COUNT 7:  WIRE FRAUD**

As to Count Seven (7), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

   ✓    GUILTY             \_\_\_\_\_ NOT GUILTY

**COUNT 8:  WIRE FRAUD**

As to Count Eight (8), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

   ✓    GUILTY             \_\_\_\_\_ NOT GUILTY

2

**COUNT 9: WIRE FRAUD**

As to Count Nine (9), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

___✓___ GUILTY          _____ NOT GUILTY

**COUNT 10: WIRE FRAUD**

As to Count Ten (10), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

___✓___ GUILTY          _____ NOT GUILTY

**COUNT 11: WIRE FRAUD**

As to Count Eleven (11), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

___✓___ GUILTY          _____ NOT GUILTY

**COUNT 12: WIRE FRAUD**

As to Count Twelve (12), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

___✓___ GUILTY          _____ NOT GUILTY

**COUNT 13: WIRE FRAUD**

As to Count Thirteen (13), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

___✓___ GUILTY          _____ NOT GUILTY

**COUNT 14: WIRE FRAUD**

As to Count Fourteen (14), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

___✓___ GUILTY          _____ NOT GUILTY

**COUNT 15: WIRE FRAUD**

As to Count Fifteen (15), charging Angel Hernandez with wire fraud, we find the defendant (check one):

　　✓ GUILTY　　　　　　　　　____ NOT GUILTY

**COUNT 16: WIRE FRAUD**

As to Count Sixteen (16), charging Angel Hernandez with wire fraud, we find the defendant (check one):

　　✓ GUILTY　　　　　　　　　____ NOT GUILTY

**COUNT 17: WIRE FRAUD**

As to Count Seventeen (17), charging Angel Hernandez with wire fraud, we find the defendant (check one):

　　✓ GUILTY　　　　　　　　　____ NOT GUILTY

**COUNT 18: MAIL FRAUD**

As to Count Eighteen (18), charging Angel Hernandez with mail fraud, we find the defendant (check one):

　　✓ GUILTY　　　　　　　　　____ NOT GUILTY

**COUNT 19: WIRE FRAUD**

As to Count Nineteen (19), charging Angel Hernandez with wire fraud, we find the defendant (check one):

　　✓ GUILTY　　　　　　　　　____ NOT GUILTY

**COUNT 20: WIRE FRAUD**

As to Count Twenty (20), charging Angel Hernandez with wire fraud, we find the defendant (check one):

　　✓ GUILTY　　　　　　　　　____ NOT GUILTY

**COUNT 21: WIRE FRAUD**

As to Count Twenty-One (21), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

    __✓__ GUILTY                _____ NOT GUILTY

**COUNT 22: MAIL FRAUD**

As to Count Twenty-Two (22), charging Angel Hernandez with mail fraud, we find the defendant *(check one)*:

    __✓__ GUILTY                _____ NOT GUILTY

## VERDICT FORM AS TO DEFENDANT DAVID BROWN

**COUNT 1: CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD**

As to Count One (1), charging David Brown with conspiracy to commit mail fraud and wire fraud, we find the defendant *(check one)*:

　　✓ GUILTY　　　　　　　_____ NOT GUILTY

If you found the David Brown guilty, then answer the following questions:

　　Do all twelve of you agree that David Brown conspired to commit the offense of mail fraud?

　　　　✓ Yes　　　　　　　_____ No

　　Do all twelve of you agree that David Brown conspired to commit the offense of wire fraud?

　　　　✓ Yes　　　　　　　_____ No

**COUNT 3: WIRE FRAUD**

As to Count Three (3), charging David Brown with wire fraud, we find the defendant *(check one)*:

　　✓ GUILTY　　　　　　　_____ NOT GUILTY

**COUNT 4: WIRE FRAUD**

As to Count Four (4), charging David Brown with wire fraud, we find the defendant *(check one)*:

　　✓ GUILTY　　　　　　　_____ NOT GUILTY

**COUNT 5: WIRE FRAUD**

As to Count Five (5), charging David Brown with wire fraud, we find the defendant *(check one)*:

　　✓ GUILTY　　　　　　　_____ NOT GUILTY

**COUNT 10: WIRE FRAUD**

As to Count Ten (10), charging David Brown with wire fraud, we find the defendant *(check one)*:

    __✓__ GUILTY             _____ NOT GUILTY

**COUNT 15: WIRE FRAUD**

As to Count Fifteen (15), charging David Brown with wire fraud, we find the defendant *(check one)*:

    __✓__ GUILTY             _____ NOT GUILTY

**COUNT 21: WIRE FRAUD**

As to Count Twenty-One (21), charging David Brown with wire fraud, we find the defendant *(check one)*:

    __✓__ GUILTY             _____ NOT GUILTY

**VERDICT FORM AS TO DEFENDANT RICHARD BROWN**

**COUNT 1:   CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD**

As to Count One (1), charging Richard Brown with conspiracy to commit mail fraud and wire fraud, we find the defendant (check one):

    __✓__ GUILTY                _____ NOT GUILTY

    If you found the Richard Brown guilty, then answer the following questions:

        Do all twelve of you agree that Richard Brown conspired to commit the offense of mail fraud?

        __✓__ Yes               _____ No

        Do all twelve of you agree that Richard Brown conspired to commit the offense of wire fraud?

        __✓__ Yes               _____ No

**COUNT 8:   WIRE FRAUD**

As to Count Eight (8), charging Richard Brown with wire fraud, we find the defendant (check one):

    _____ GUILTY               __✓__ NOT GUILTY

**COUNT 11: WIRE FRAUD**

As to Count Eleven (11), charging Richard Brown with wire fraud, we find the defendant (check one):

    _____ GUILTY               __✓__ NOT GUILTY

**COUNT 12: WIRE FRAUD**

As to Count Twelve (12), charging Richard Brown with wire fraud, we find the defendant (check one):

    _____ GUILTY               __✓__ NOT GUILTY

**COUNT 17: WIRE FRAUD**

As to Count Seventeen (17), charging Richard Brown with wire fraud, we find the defendant *(check one)*:

    __✓__ GUILTY                  _____ NOT GUILTY

**COUNT 18: MAIL FRAUD**

As to Count Eighteen (18), charging Richard Brown with mail fraud, we find the defendant *(check one)*:

    __✓__ GUILTY                  _____ NOT GUILTY

## VERDICT FORM AS TO DEFENDANT NELSON DATIL

**COUNT 1: CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD**

As to Count One (1), charging Nelson Datil with conspiracy to commit mail fraud and wire fraud, we find the defendant (check one):

　　__✓__ GUILTY　　　　　　　_____ NOT GUILTY

　　If you found the Nelson Datil guilty, then answer the following questions:

　　　　Do all twelve of you agree that Nelson Datil conspired to commit the offense of mail fraud?

　　　　__✓__ Yes　　　　　　　_____ No

　　　　Do all twelve of you agree that Nelson Datil conspired to commit the offense of wire fraud?

　　　　__✓__ Yes　　　　　　　_____ No

**COUNT 9: WIRE FRAUD**

As to Count Nine (9), charging Nelson Datil with wire fraud, we find the defendant (check one):

　　__✓__ GUILTY　　　　　　　_____ NOT GUILTY

**COUNT 14: WIRE FRAUD**

As to Count Fourteen (14), charging Nelson Datil with wire fraud, we find the defendant (check one):

　　__✓__ GUILTY　　　　　　　_____ NOT GUILTY

**COUNT 19: WIRE FRAUD**

As to Count Nineteen (19), charging Nelson Datil with wire fraud, we find the defendant (check one):

　　__✓__ GUILTY　　　　　　　_____ NOT GUILTY

**COUNT 20: WIRE FRAUD**

As to Count Twenty (20), charging Nelson Datil with wire fraud, we find the defendant *(check one)*:

    __✓__ GUILTY          _____ NOT GUILTY

**COUNT 22: MAIL FRAUD**

As to Count Twenty-Two (22), charging Nelson Datil with mail fraud, we find the defendant *(check one)*:

    __✓__ GUILTY          _____ NOT GUILTY

_____
Foreperson

Dated at New Haven, Connecticut this __07__ day of ~~August~~/September, 2005.

11