AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

USA v. Hernandez

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02cr341

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| E. Burns | Birau, McGarry | Hillis, Einhorn, Cramer, Zimmerman |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/10/05 – 9/7/05 | Falzarano | M. Ruocco |

| NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | AH7 | 8/12/05 | ✓ | ✓ | Purchase Order Andrea Williams |
| | AH8 | 8/12/05 | ✓ | ✓ | Doc. w/ handwritten notes re: Williams |
| | RB1 | 8/12/05 | ✓ | ✓ | Forecast 2002 Pay Plan re: Vetre |
| | RB2 | 8/18/05 | ✓ | ✓ Full 8/29/05 | Diamond Option Plan Retail Agreement re: Best |
| | AH9 | 8/19/05 | ✓ | ID | Proffer Agreement – L. Pierro |
| | RB3 | 8/24/05 | ✓ | ID | Letter dated 7/10/02 to Dixon |
| | AH | 8/29/05 | | | Scott Widmer, Canton CT |
| | AH | 8/29/05 | | | Seth Brown, Southington CT |
| | AH | 8/29/05 | | | George Walser, New Britain CT |
| | DB | 8/29/05 | | | Bruce Vetre |
| | DB | 8/29/05 | | | Alicia Wojthonski – Meriden, CT |