**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 3:05-CV-0030 (EBB) |
| : | |
| SHORELINE MOTORS, et al. : | |
| **ANGEL HERNANDEZ** : | September 28, 2005 |

DEFENDANT'S REQUEST FOR ADDITIONAL TIME TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT OF ACQUITTAL AND/OR NEW TRIAL

    Angel Hernandez, through undersigned counsel, respectfully requests that the Court grant counsel a thirty-day extension for filing a motion for judgment of acquittal and/or new trial. The defendants' briefs in this regard are due today, September 28, 2005, however, due to other commitments on counsel's schedule, the memorandum cannot be filed on time. The defendant is currently free on bond awaiting sentencing, a date for which has not been set. The pre-sentence investigation has been initiated. The defendant's waiver of the Speedy Trial Act's sentencing provisions was entered at the time the verdicts were rendered.

    The undersigned has discussed this request with Assistant United States Attorney Jonathan Biran who has informed that the government objects to the requested extension of time.

    Respectfully Submitted,

    Kurt Zimmermann
    CT00581
    Silverstein & Osach, P.C.
    234 Church Street, Suite 903
    New Haven, CT   06510
    email: kzimmermann@so-law.co
    (203) 865-0121 TEL.
    (203) 865-0255 FAX

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing request for extension of time has today been TRANSMITTED BY FAX to:

Jonathan Biran
Michael McGarry
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510
Fax: 203-773-5376

Jonathan J. Einhorn
412 Orange Street
New Haven, CT 06511
Fax: 203-782-1727

Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Fax: 860-257-3498

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510
Fax: 203-624-1308

Kurt F. Zimmermann

-2-