**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NUMBER: 3:05-CV-0030 (EBB) |
| | : | |
| SHORELINE MOTORS, et al. | : | May 12, 2006 |
| **ANGEL HERNANDEZ** | : | |
| | : | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Angel Hernandez, defendant, through undersigned counsel, respectfully requests that the sentencing hearing in his case, which is currently scheduled to occur on June 9, 2006, be continued 30-days. The defendant is free on bail and remains in compliance with the conditions of the Court's order of release.

On May 9, 2006, Joseph Montessi, who is the probation officer in charge of the pre-sentence investigation and report [PSR] informed that he had that afternoon received from the prosecutor a 35-page narrative entitled "Governments Statement of Offense Conduct" accompanied by 80 pages of exhibits. This document purports to describe the trial evidence and presents the government's proposed financial loss computations for purposes of the sentencing guidelines.

The sentencing is currently scheduled for June 9, 2006. This means that the initial disclosure of the PSR is already overdue.

Officer Montessi has informed that it will require at least another 3 weeks to adequately evaluate and incorporate the government's submission into the PSR, and has requested that the

-1-

undersigned submit this motion for an extension because the benefit to the sentencing process which would be realized from the postponement would outweigh any benefit to the Court or the public which might be gained by proceeding with the sentencing on June 9.

On May 12, 2006, the undersigned discussed this request with AUSA Michael McGarry and he informed that he was not ready to indicate whether or not the government has an objection.

This is the first request to continue the sentencing date in Angel Hernandez's case.

The defendant will submit an executed waiver of the Speedy Trial Act's sentencing provisions to the Court (in the form attached) as soon as practicable.

Wherefore, it is requested that the sentencing hearing be rescheduled.

> Respectfully submitted,
> ANGEL HERNANDEZ, defendant
>
> By: Kurt F. Zimmermann, his attorney
> Fed. Bar No. ct00581
> SILVERSTEIN & OSACH, P.C.
> 234 Church Street
> New Haven, Connecticut 06510
> (203) 865-0121, 865-0255 fax
> Email: kzimmermann@so-law.com

CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing Motion has today, May 12, 2006, been mailed to:

Michael McGarry
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Jonathan J. Einhorn
412 Orange Street
New Haven, CT 06511

Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

                                                  Kurt F. Zimmermann

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NUMBER: 3:05-CV-0030 (EBB) |
| : | |
| SHORELINE MOTORS, et al. : | May 12, 2006 |
| **ANGEL HERNANDEZ** : | |
| : | |

WAIVER OF SPEEDY SENTENCING

ANGEL HERNANDEZ, defendant, hereby waives his rights under the Speedy Trial Act, 18 U.S.C. §3161 *et seq.*, and the speedy trial provisions of the Sixth Amendment to the United States Constitution in connection with the attached motion for continuance of sentencing.

_____          _____
Angel Hernandez, Defendant            Date


_____          _____
Kurt F. Zimmermann                    Date
His Attorney