**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NUMBER: 3:02 CR 341 (EBB) |
| | : | |
| SHORELINE MOTORS, et al. | : | June 22, 2006 |
| **ANGEL HERNANDEZ** | : | |
| | : | |

**MOTION FOR PRELIMINARY SENTENCING HEARING**

Angel Hernandez, defendant, through undersigned counsel, respectfully requests that the Court conduct a preliminary sentencing hearing to determine the overall financial loss figure for the Guidelines' offense level computation as well as to enable the Court to fashion a restitution order for all the defendants' cases.

This is a multi-defendant financial fraud case. The defendants have been charged with conspiracy for having engaged in mail and wire fraud in conducting sales and in submitting applications for financing for new car purchasers at the now defunct Shoreline Mitsubishi dealership in Branford. More than a dozen persons and one corporation were indicted. Angel Hernandez and three others were recently found guilty after a trial. All of the other defendants entered guilty pleas. Sentencing of the defendants is scheduled to proceed sequentially beginning with Angel Hernandez (set for July 12, 2006) and then the other three

trial-defendants, followed by all the guilty-plea cases. Because all of these sentences are the outgrowth of the same episode of fraud, the figure for the overall financial loss realized by the primary car-loan lender, Mitsubishi Motors Credit Acceptance Co. [MMCA] due to the scheme is an issue common to all the sentences. While it is apparent that the guilty plea cases involve guidelines and offense conduct stipulations, the Court is not bound by those agreements. Of higher concern, it is submitted, is the necessity for the overall loss figure to be the same for each of the four trial defendants. It is reasonable to anticipate that the loss figure currently proposed by the government ($6.4 million) will be disputed by these four defendants. (Indeed, defendant Richard Brown recently requested a continuance of his sentencing because he needed additional time to formulate his position on this tricky issue). As the matter stands now, the defendants' arguments and the government's responses will be handled piece-meal.  However, it is submitted that the interests of the Court, the government, and justice would be best served by resolving the critical issue of the overall loss (which is of course the starting point for all the offense-level computations and restitution orders) in a manner that will be efficient and, most importantly, will result in a uniform analysis and conclusion for all the parties. Viewed from the opposite perspective, resolving the issue at separate hearings will mean that neither the Court, the government, nor the initially

sentenced defendants will have the benefit of the arguments made at hearings subsequent to theirs.

It is suggested that if the preliminary hearing-procedure is employed, the sentences for each of the trial defendants can then proceed separately and in the same order in which they are currently scheduled to take place.

The sentencing hearing in Angel Hernandez's case is currently scheduled for July 12, 2006. The initial disclosure of the PSR has occurred in defendant-Hernandez's case and defendant-Hernandez has submitted his written objections which include objections to the loss figure.

If the Court decides to hold the requested hearing, and if this requires an additional continuance in Angel Hernandez's sentencing, the defendant will submit a written waiver of the Speedy Trial Act's sentencing provisions.

Wherefore, it is requested that the Court conduct a preliminary hearing for all the parties to present their positions on the joint issue of the overall financial loss to assist the Court in the resolution of this issue which is common to sentences in all the defendants' cases.

                                              Respectfully submitted,
                                              ANGEL HERNANDEZ, defendant

                                /s/
                       By: Kurt F. Zimmermann, his attorney
                            Fed. Bar No. ct00581
                            SILVERSTEIN & OSACH, P.C.
                            234 Church Street
                            New Haven, Connecticut 06510
                            (203) 865-0121, 865-0255 fax
                            Email: kzimmermann@so-law.com


## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Motion has today, June 22, 2006, been filed with the clerk in electronic format and will therefore be transmitted to all defendants via email. And, in addition, a copy of the motion was transmitted by fax to the government attorney and to counsel for the trial-defendants, as follows

Michael McGarry                               Fax: 203-773-5378
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Jonathan J. Einhorn                         Fax: 203-782-1721
412 Orange Street
New Haven, CT 06511

Richard S. Cramer                             Fax:  860-257-3498
449 Silas Deane Highway
Wethersfield, CT 06109

Michael Stanton Hillis                    Fax: 203-624-1308
Carl Frederick
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510


                                /s/
                                Kurt F. Zimmermann