UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NUMBER: 3:02-CR-341 (EBB) |
| | : | |
| SHORELINE MOTORS, et al. | : | July 7, 2006 |
| **ANGEL HERNANDEZ** | : | |
| | : | |

WAIVER OF SPEEDY SENTENCING

ANGEL HERNANDEZ, defendant, hereby waives his rights under the Speedy Trial Act, 18 U.S.C. §3161 *et seq.*, and the speedy trial provisions of the Sixth Amendment to the United States Constitution in connection with the postponement of the sentencing hearing occasioned by the defendant's motion for a preliminary hearing on the issue of the guideline's "loss" computation.

_____   7/7/06
Angel Hernandez, Defendant    Date:


_____   7/7/06
Kurt F. Zimmermann            Date:
His Attorney

-1-

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Waiver has today, July 7, 2006, been faxed to:

Michael McGarry
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Joseph Montessi
U.S. Probation
157 Church St. 22nd flr
New Haven, CT 06510

Jonathan J. Einhorn
412 Orange Street
New Haven, CT 06511

Robert Mirto [ via email]

bob@mkbd.com

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

　　　　　　　　　　　　　　　　　　　　Kurt F. Zimmermann