UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NO. 3:02CR341(EBB) |
| SHORELINE MOTORS, ET AL | : |

O R D E R

The government and defendants shall submit briefs respecting the issues of loss and restitution in the above-captioned matter on or before February 2, 2007. Reply briefs may be filed on or before February 16, 2007.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ___ day of January, 2007.