UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NO. 3:02CR341(EBB) |
| SHORELINE MOTORS CORPORATION, INC., ET AL | : |

O R D E R

The sentencing dates in the above-captioned action will be set following a Ruling by the Court on the Issue of Loss.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ____ day of February, 2007.