**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:02 cr 341 (EBB) |
| | : | |
| | : | February 1, 2007 |
| **ANGEL HERNANDEZ** | : | |
| | : | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Angel Hernandez, defendant, through undersigned counsel, respectfully requests that the sentencing hearing in his case, which is currently scheduled to occur on February 6, 2007, be continued until a date to be determined. The defendant is free on bail and remains in compliance with the conditions of the Court's order of release.

The continuance is necessary due to the pendency of unresolved sentencing issues for which the Court recently established a briefing schedule and they will not be resolved prior to the sentencing as currently scheduled.

The defendant will submit an executed waiver of the Speedy Trial Act's sentencing provisions to the Court (in the form attached) as soon as practicable.

Wherefore, it is requested that the sentencing hearing be rescheduled.

Respectfully submitted,
ANGEL HERNANDEZ, defendant

By:  Kurt F. Zimmermann, his attorney
Fed. Bar No. ct00581
SILVERSTEIN & OSACH, P.C.
234 Church Street
New Haven, Connecticut 06510
(203) 865-0121, 865-0255 fax
Email: kzimmermann@so-law.com

CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing Motion has today, February 1, 2007, been mailed to:

Michael McGarry
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Jonathan J. Einhorn
412 Orange Street
New Haven, CT 06511

Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kurt F. Zimmermann

-2-