UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NUMBER: 3:02-CR-341 (EBB) |
| SHORELINE MOTORS, et al. | : | February 1, 2007 |
| **ANGEL HERNANDEZ** | : | |

WAIVER OF SPEEDY SENTENCING

ANGEL HERNANDEZ, defendant, hereby waives his rights under the Speedy Trial Act, 18 U.S.C. §3161 *et seq.*, and the speedy trial provisions of the Sixth Amendment to the United States Constitution in connection with the postponement of the sentencing hearing occasioned by the Court's order setting the briefing schedule on the issues of the guideline's section 2B1.1 "loss" computation, and the calculation of restitution.

_____    _____
Angel Hernandez, Defendant         Date:


_____    _____
Kurt F. Zimmermann                 Date:
His Attorney

-1-

-2-

CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing Waiver has today, February   , 2007, been faxed to:

| | |
|---|---|
| Michael McGarry | Joseph Montessi |
| U.S. Attorney's Office | U.S. Probation |
| 157 Church Street, 23rd Floor | 157 Church St. 22nd flr |
| P.O. Box 1824 | New Haven, CT 06510 |
| New Haven, CT 06510 | |

and will be served electronically to counsel of record by the Court's e-file system

                                                                     Kurt F. Zimmermann