# SHORELINE LOSS COMPARISON
*Original Net Credit Loss vs. Actual (Projected) Net Credit Loss as of 6/6/6*

## BALLOON

| Tier | Units | Amount Financed | Tier Mix | Expected Net Loss | Expected Lifetime Loss | Actual Loss to Date | Proj/Actual Loss | Additional Proj Loss |
|---|---|---|---|---|---|---|---|---|
| 1:730-999 | 169 | 4,478,717 | 10.2% | 7.1% | 317,095 | 696,344 | 777,603 | 460,509 |
| 2:700-729 | 140 | 3,880,536 | 8.8% | 8.0% | 311,736 | 1,064,687 | 1,188,929 | 877,193 |
| 3:670-699 | 236 | 6,370,569 | 14.5% | 11.1% | 704,678 | 1,617,757 | 1,806,539 | 1,101,861 |
| 4:650-669 | 237 | 6,489,969 | 14.8% | 13.8% | 895,991 | 1,946,548 | 2,173,698 | 1,277,707 |
| 5:620-649 | 346 | 9,185,992 | 20.9% | 15.8% | 1,447,470 | 2,807,681 | 3,135,320 | 1,687,850 |
| 6:580-619 | 274 | 7,043,777 | 16.0% | 17.0% | 1,197,597 | 1,998,340 | 2,231,533 | 1,033,936 |
| 7:001-579 | 241 | 6,024,353 | 13.7% | 20.0% | 1,202,660 | 1,791,396 | 2,000,441 | 797,781 |
| 8:N/A | 19 | 425,852 | 1.0% | 15.8% | 67,103 | 166,786 | 186,249 | 119,146 |
| Total | 1,662 | 43,899,765 | | | 6,144,330 | 12,089,540 | 13,500,312 | 7,355,982 |
| | | | | | 14.0% | | 30.8% | Time on Book = 46 months |

## RETAIL

| Tier | Units | Amount Financed | Tier Mix | Expected Net Loss | Expected Lifetime Loss | Actual Loss to Date | Proj/Actual Loss | Additional Proj Loss |
|---|---|---|---|---|---|---|---|---|
| 1:730-999 | 80 | 1,457,666 | 20.1% | 1.8% | 26,509 | 94,590 | 104,066 | 77,557 |
| 2:700-729 | 35 | 680,698 | 9.4% | 4.5% | 30,426 | 62,473 | 68,731 | 38,305 |
| 3:670-699 | 56 | 1,059,408 | 14.6% | 7.6% | 80,600 | 121,817 | 134,020 | 53,420 |
| 4:650-669 | 44 | 852,778 | 11.8% | 9.0% | 76,425 | 119,923 | 131,936 | 55,511 |
| 5:620-649 | 80 | 1,319,844 | 18.2% | 9.9% | 130,410 | 273,602 | 301,012 | 170,602 |
| 6:580-619 | 74 | 1,143,094 | 15.8% | 12.9% | 146,893 | 238,133 | 261,989 | 115,096 |
| 7:001-579 | 43 | 680,864 | 9.4% | 15.5% | 105,304 | 155,308 | 170,867 | 65,563 |
| 8:N/A | 4 | 47,172 | 0.7% | 9.9% | 4,661 | 3,934 | 4,328 | -333 |
| Total | 416 | 7,241,524 | | | 601,228 | 1,069,780 | 1,176,949 | 575,721 |
| | | | | | 8.3% | | 16.3% | Time on Book = 47 months |

## LEASE

| Tier | Units | Amount Financed | Tier Mix | Expected Net Loss | Expected Lifetime Loss | Actual Loss to Date | Proj/Actual Loss | Additional Proj Loss |
|---|---|---|---|---|---|---|---|---|
| 1:730-999 | 2 | 59,352 | 5.9% | 1.2% | 687 | 0 | 0 | -687 |
| 2:700-729 | 3 | 66,468 | 6.6% | 1.8% | 1,193 | 0 | 0 | -1,193 |
| 3:670-699 | 3 | 68,761 | 6.8% | 2.6% | 1,780 | 0 | 0 | -1,780 |
| 4:650-669 | 4 | 108,977 | 10.8% | 3.5% | 3,860 | 10,399 | 10,399 | 6,539 |
| 5:620-649 | 5 | 101,925 | 10.1% | 4.7% | 4,742 | 36,357 | 36,357 | 31,614 |
| 6:580-619 | 6 | 138,302 | 13.7% | 6.6% | 9,171 | 22,374 | 22,374 | 13,203 |
| 7:001-579 | 3 | 56,737 | 5.6% | 6.6% | 3,762 | 13,967 | 13,967 | 10,204 |
| 8:N/A | 20 | 411,125 | 40.6% | 4.7% | 19,128 | 48,855 | 48,855 | 29,726 |
| Total | 46 | 1,011,648 | | | 44,325 | 131,951 | 131,951 | 87,627 |
| | | | | | 4.4% | | 13.0% | Time on Book = 60 months |

| | Units | Amount Financed | Tier Mix | Expected Net Loss | Expected Lifetime Loss | Actual Loss to Date | Proj/Actual Loss | Additional Proj/Actual Loss |
|---|---|---|---|---|---|---|---|---|
| TOTAL | 2,124 | 52,152,937 | | | 6,789,883 | 13,291,271 | 14,809,213 | 8,019,329 |
| | | | | | 13.0% | | 28.4% | |

R:\Legal\Shoreline\ExpLossVsActual-20060531.xls|Summary

GOVERNMENT EXHIBIT AB 3:02CR341(EBB)