# Shoreline Account Status and Repossession Information

| Line | Customer | Name | Proceeds Financed | Payments Received | Repossession Sale Proceeds | Other Credits | Total Amount Received | Proceeds Financed Less Amounts Received |
|---|---|---|---|---|---|---|---|---|
| 1 | 0607579725 | Armstrong, Kai | 36,165.90 | 16,669.18 | | | 16,669.18 | 19,496.72 |
| 2 | 0607525959 | Bailey, Melissa | 36,368.82 | 9,064.16 | | | 9,064.16 | 27,304.66 |
| 3 | 0607514060 | Berrios, Victor | 25,780.97 | 0.00 | 12,112.39 | 1,414.95 | 13,527.34 | 12,253.63 |
| 4 | 0607590177 | Best, Mary | 27,038.91 | 15,291.20 | | | 15,291.20 | 11,747.71 |
| 5 | 0607644420 | Binns, Juanita | 25,794.43 | 13,422.38 | | | 13,422.38 | 12,372.05 |
| 6 | 0607373988 | Biron, Bruce | 22,102.28 | 1,755.45 | 8,762.00 | | 10,517.45 | 11,584.83 |
| 7 | 0607443153 | Bozzuto, Pamela | 25,416.05 | 3,562.95 | 7,317.00 | 220.15 | 11,100.10 | 14,315.95 |
| 8 | 0607666886 | DiMauro, Paul | 25,578.10 | 11,178.00 | 7,045.00 | | 18,223.00 | 7,355.10 |
| 9 | 0607688161 | Eng, Lisa | 23,602.02 | 12,834.54 | | | 12,834.54 | 10,767.48 |
| 10 | 0607496250 | Fowler, Danielle | 20,536.13 | 11,018.83 | 5,681.00 | | 16,699.83 | 3,836.30 |
| 11 | 0607407992 | Harrell, Richard | 37,179.91 | 12,044.55 | 15,578.00 | | 27,622.55 | 9,557.36 |
| 12 | 0607314321 | Hyman, Willard | 51,220.52 | 26,308.66 | | | 26,308.66 | 24,911.86 |
| 13 | 0607070451 | Lucas, Jeffrey | 35,014.25 | 16,340.00 | 222.00 | | 16,562.00 | 18,452.25 |
| 14 | 0607291339 | Matthews, Kelly | 39,517.93 | 2,686.00 | 22,859.50 | | 25,545.50 | 13,972.43 |
| 15 | 0607157621 | Molina, Orlando | 28,154.63 | 19,309.44 | | | 19,309.44 | 8,845.19 |
| 16 | 0607530256 | Montalvo, Bienvendio | 25,994.71 | 13,260.16 | 13,886.28 | | 27,146.44 | (1,151.73) |
| 17 | 0607342645 | Morgan, Gwendolyn | 23,315.14 | 5,951.85 | 195.00 | 1,169.17 | 7,316.02 | 15,999.12 |
| 18 | 0607229701 | Perry, Michelle | 29,665.11 | 4,731.60 | 6,675.00 | 356.42 | 11,763.02 | 17,902.09 |
| 19 | 0607348840 | Richard, Albert | 27,052.76 | 19,169.58 | | | 19,169.58 | 7,883.18 |
| 20 | 0607348881 | Richard, Angela | 19,393.96 | 15,523.62 | | | 15,523.62 | 3,870.34 |
| 21 | 0607504806 | Santana, Rosa | 26,360.29 | 1,149.50 | 9,242.00 | 3,176.74 | 13,568.24 | 12,792.05 |
| 22 | 0607150840 | Santiago, Jose | 18,205.29 | 1,149.50 | | | 1,149.50 | 17,055.79 |
| 23 | 0607465404 | South, Israel | 43,298.04 | 5,260.00 | 17,559.00 | | 22,819.00 | 20,479.04 |
| 24 | 0607788342 | Sullivan, Royce | 25,159.63 | 0.00 | 10,975.23 | | 10,975.23 | 14,184.40 |
| 25 | 0607349657 | Torres, Jessica | 33,080.29 | 3,403.30 | 14,366.90 | 490.63 | 18,260.83 | 14,819.46 |
| 26 | 0607297773 | Vaught, Gary | 19,944.74 | 15,594.00 | | | 15,594.00 | 4,350.74 |
| 27 | 0607395791 | Vaught, Michael | 25,111.03 | 14,866.00 | | | 14,866.00 | 10,245.03 |
| 28 | 0607338080 | Williams, Andrea | 19,684.62 | 17,060.10 | | | 17,060.10 | 2,624.52 |
| 29 | 0607200512 | Witcher, Shirley | 37,247.74 | 585.40 | 18,517.00 | | 19,102.40 | 18,145.34 |
| | Grand Total | | 832,984.20 | 289,189.95 | 170,993.30 | 6,828.06 | 467,011.31 | 365,972.89 |

Data as of 8-1-2005

GOVERNMENT EXHIBIT 01-50 3:02CR341(EBB)

## Shoreline Account Status and Repossession Information

### Accounts in Repossession Status

| Series | Customer | Name | Proceeds Financed | Payments Received | Repossession Sale Proceeds | Other Credits | Amount Received | Proceeds Financed Less Amounts Received |
|---|---|---|---|---|---|---|---|---|
| 25 | 0607514060 | Berrios, Victor | 25,780.97 | 0.00 | 12,112.39 | 1,414.95 | 13,527.34 | 12,253.63 |
| 26 | 0607373988 | Biron, Bruce | 22,102.28 | 1,755.45 | 8,762.00 | | 10,517.45 | 11,584.83 |
| 15 | 0607443153 | Bozzuto, Pamela | 25,416.05 | 3,562.95 | 7,317.00 | 220.15 | 11,100.10 | 14,315.95 |
| 21 | 0607666886 | DiMauro, Paul | 25,578.10 | 11,178.00 | 7,045.00 | | 18,223.00 | 7,355.10 |
| 18 | 0607496250 | Fowler, Danielle | 20,536.13 | 11,018.83 | 5,681.00 | | 16,699.83 | 3,836.30 |
| 08 | 0607407992 | Harrell, Richard | 37,179.91 | 12,044.55 | 15,578.00 | | 27,622.55 | 9,557.36 |
| 02 | 0607070451 | Lucas, Jeffrey | 35,014.25 | 16,340.00 | 222.00 | | 16,562.00 | 18,452.25 |
| 07 | 0607291339 | Matthews, Kelly | 39,517.93 | 2,686.00 | 22,859.50 | | 25,545.50 | 13,972.43 |
| 19 | 0607530256 | Montalvo, Bienvenido | 25,994.71 | 13,260.16 | 13,886.28 | | 27,146.44 | (1,151.73) |
| 10 | 0607342645 | Morgan, Gwendolyn | 23,315.14 | 5,951.85 | 195.00 | 1,169.17 | 7,316.02 | 15,999.12 |
| 06 | 0607229701 | Perry, Michelle | 29,665.11 | 4,731.60 | 6,675.00 | 356.42 | 11,763.02 | 17,902.09 |
| 17 | 0607504806 | Santana, Rosa | 26,360.29 | 1,149.50 | 9,242.00 | 3,176.74 | 13,568.24 | 12,792.05 |
| 16 | 0607465404 | South, Israel | 43,298.04 | 5,260.00 | 17,559.00 | | 22,819.00 | 20,479.04 |
| 22 | 0607788342 | Sullivan, Royce | 25,159.63 | 0.00 | 10,975.23 | | 10,975.23 | 14,184.40 |
| 29 | 0607349657 | Torres, Jessica | 33,080.29 | 3,403.30 | 14,366.90 | 490.63 | 18,260.83 | 14,819.46 |
| 03 | 0607200512 | Witcher, Shirley | 37,247.74 | 585.40 | 18,517.00 | | 19,102.40 | 18,145.34 |
| | Subtotal Repossessed Units | | 475,246.57 | 92,927.59 | 170,993.30 | 6,828.06 | 270,748.95 | 204,497.62 |

Data as of 8-1-2005

## Shoreline Account Status and Repossession Information

### Accounts in Non-Repossession Status

| Series | Customer | Name | Proceeds Financed | Payments Received | Repossession Sale Proceeds | Other Credits | Amount Received To Date (8/1/05) | Financed Less Amounts Received To Date (8/1/05) |
|---|---|---|---|---|---|---|---|---|
| 24 | 0607579725 | Armstrong, Kai* | 36,165.90 | 16,669.18 | | | 16,669.18 | 19,496.72 |
| 30 | 0607525959 | Bailey, Melissa* | 36,368.82 | 9,064.16 | | | 9,064.16 | 27,304.66 |
| 09 | 0607590177 | Best, Mary | 27,038.91 | 15,291.20 | | | 15,291.20 | 11,747.71 |
| 20 | 0607644420 | Binns, Juanita* | 25,794.43 | 13,422.38 | | | 13,422.38 | 12,372.05 |
| 14 | 0607688161 | Eng, Lisa* | 23,602.02 | 12,834.54 | | | 12,834.54 | 10,767.48 |
| 04 | 0607314321 | Hyman, Willard | 51,220.52 | 26,308.66 | | | 26,308.66 | 24,911.86 |
| 32 | 0607157621 | Molina, Orlando | 28,154.63 | 19,309.44 | | | 19,309.44 | 8,845.19 |
| 11 | 0607348840 | Richard, Albert | 27,052.76 | 19,169.58 | | | 19,169.58 | 7,883.18 |
| 12 | 0607348881 | Richard, Angela | 19,393.96 | 15,523.62 | | | 15,523.62 | 3,870.34 |
| 27 | 0607150840 | Santiago, Jose | 18,205.29 | 1,149.50 | | | 1,149.50 | 17,055.79 |
| 33 | 06072977773 | Vaught, Gary | 19,944.74 | 15,594.00 | | | 15,594.00 | 4,350.74 |
| 13 | 0607395791 | Vaught, Michael* | 25,111.03 | 14,866.00 | | | 14,866.00 | 10,245.03 |
| 05 | 0607338080 | Williams, Andrea* | 19,684.62 | 17,060.10 | | | 17,060.10 | 2,624.52 |
| | Subtotal Non-Repossessed Units | | 357,737.63 | 196,262.36 | | | 196,262.36 | 161,475.27 |

Data as of 8-1-2005
* On hold